IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM IANNACONE and ELIZABETH IANNACONE, | CV 24–45–M–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| DOUGLAS L. NELSON and JULIE K. NELSON, | |
| Defendants. | |

Upon stipulation of the parties (Doc. 16) and good cause appearing,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH

PREJUDICE, with each party to bear its own costs and fees. The Clerk of Court is

directed to close this case file.

DATED this 4th day of November, 2025.

_Dana L. Christensen_

Dana L. Christensen, District Judge
United States District Court

- 1 -